# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| RENEE HIRTZEL,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | Civil No. 3:18-CV-5492-MAT<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner should address the opinion of Peter Weiss, Ph.D. Furthermore, the Commissioner should re-evaluate the claimant's impairments, the medical evidence, the claimant's statements, any lay witness statements, the claimant's RFC, and the claimant's ability to perform work at steps four and five, as necessary.

DATED this 15th day of January, 2019.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494
Fax: (206) 615-2531
benjamin.groebner@ssa.gov